**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAZARO ROMERO LEON, | Case No.: 5:25-cv-03379-HDV-AJR |
| Petitioner, | Honorable Hernan D. Vera |
| v. | [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ~~A STATUS CONFERENCE AND ORDER TO SHOW CAUSE~~ LEAVE TO FILE A SUR-REPLY |
| MERRICK GARLAND, ET AL, | |
| Respondents. | |

For good cause shown, IT IS HEREBY ORDERED that Petition Lazaro Romero Leon is permitted to file the surreply attached as Exhibit A to his Ex Parte Application for Leave to File Surreply. (Docket no. 50.)

IT IS SO ORDERED

DATED: June 10, 2026

_____
Honorable A. Joel Richlin
United States Magistrate Judge

Submitted by:
*Margaret A. Farrand*
Margaret A. Farrand
Counsel for Petitioner