**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAZARO ROMERO LEON,<br>Petitioner,<br>v.<br>TODD BLANCHE, ET AL.,<br>Respondents. | Case No. 5:25-cv-03379-HDV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition is GRANTED. Respondents are enjoined from re-detaining Petitioner Lazaro Romero Leon (A# 074-130-715) ("Petitioner") under 8 U.S.C. § 1231 unless they follow the procedures set forth in 8 C.F.R. §§ 241.4, 241.13. Respondents are enjoined from removing Petitioner to a third country unless he is provided with notice and an opportunity to be heard in accordance with 8 U.S.C. § 1231(b). Respondents shall reimburse Petitioner's counsel $351.37

within thirty (30) days. Respondents shall place a copy of this Judgment in Petitioner's A-File.

DATED: 09/21/26

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE